25cr390
Judge Manish S. Shah
Magistrate Judge Young B. Kim
Cat 3 Random Assignment



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. |
| v. | Violations: Title 18, United States Code, Sections 1703(a) and 1709 |
| RONALD JONES | |

## COUNT ONE

The SPECIAL APRIL 2025 GRAND JURY charges:

On or about December 3, 2024, at Des Plaines, in the Northern District of Illinois, Eastern Division,

RONALD JONES,

defendant herein, being a United States Postal employee, did embezzle mail, and the articles and things contained therein, which had been entrusted to him and which came into his possession intended to be conveyed by mail, namely, two pieces of First Class presorted mail containing checks issued by the U.S. Department of the Treasury;

In violation of Title 18, United States Code, Section 1709.

## COUNT TWO

The SPECIAL APRIL 2025 GRAND JURY further charges:

On or about December 3, 2024, at Des Plaines, in the Northern District of Illinois, Eastern Division,

RONALD JONES,

defendant herein, who was then a United States Postal Service Employee, without authority, detained and delayed mail entrusted to him and which came into his possession, and which was intended to be conveyed by mail and carried and delivered by a carrier or other employee of the Postal Service, namely, multiple pieces of presorted mail from the Des Plaines Post Office and addressed to recipients in Des Plaines, Illinois;

In violation of Title 18, United States Code, Section 1703(a).

A TRUE BILL:

_____
FOREPERSON

_____
Signed by Christine O'Neill on behalf of the
UNITED STATES ATTORNEY